## SMITH v. EAST RIVER FERRY COMPANY.

*Negligence— duty of ferry company to furnish safe approaches — Notice of danger — taking ferriage.*

In an action brought against a ferry company for the loss of a horse, caused by defendants' negligence, the court charged that it was the duty of defendants to use all improved and perfect means and implements and appliances to boats, bridges, and the approaches thereof. *Held,* correct.

There was evidence that the ferry-master gave notice to those driving horses that if any body went on to the bridge by which the boat was approached they would have to do it at their own risk. The court charged, if such notice was given and yet ferriage was taken from persons who heard it, and their vehicles passed through the gate to the bridge and boat, the notice was of no avail. *Held,* correct.

APPEAL by defendant from a judgment in favor of plaintiffs entered upon the verdict of a jury.

VOL. V, N. Y. REP. — 87

The action was brought in Queens county by John Smith and another against the East River Ferry Company to recover for the loss of a horse by reason of injuries received through defendants' negligence.

*John Berry,* for appellant.

*James W. Covert,* for respondents.

TALCOTT, J.

The head-note fully states all the points passed upon in the opinion.

*Judgment affirmed.*